Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re: Allen DiSabatino
Debtor

Case No.: 11−45728−NLW
Chapter 7

Daniel Geberth
Plaintiff

v.

Allen DiSabatino
Defendant

Adv. Proc. No. 12−01519−NLW

Judge: Novalyn L. Winfield

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on May 8, 2013, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 21 − 20
Consent Order Adopting Settlement Agreement (related document: 20 Certificate of Consent (Adversary) filed by Plaintiff Daniel Geberth). David A. Ast on behalf of Allen DiSabatino. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 5/8/2013 (axg)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 8, 2013
JJW: axg

James J. Waldron
Clerk