| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| In Re: Allen DiSabatino,<br>Debtor. | Case No.: 11-45728<br>Adv. No.: 12-01519<br>Judge: Novalyn L. Winfield |
| Daniel Geberth,<br>Plaintiff,<br><br>vs.<br><br>Allen DiSabatino,<br>Defendant(s). | |

**PLAINTIFF'S AFFIDAVIT OF NON-PAYMENT**

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

Before me, the undersigned authority, personally appeared Joelle Schultz, who, being by me first duly sworn, states:

1. That she is the Plaintiff's attorney;

2. That based on personal knowledge, the Defendant is in default of the Settlement Agreement entered into between the parties on February 28, 2013 and filed with this Court.

3. To date, Plaintiff has received payments in the amount of $14,000.00.

FURTHER AFFIANT SAYETH NOT.

Joelle Schultz
Florida Bar No. 48204

The foregoing instrument was sworn to and subscribed before me this 8th day of April, 2014, by Joelle Schultz who is personally known to me.

Meagan Russak

NOTARY PUBILC, State of Florida
My commission expires: 1-13-17

Notary Public State of Florida
Meagan Russak
My Commission EE 864658
Expires 01/13/2017