United States Bankruptcy Court for the District of New Jersey
Order Filed on
4/17/2014
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David A. Ast DA6948
David Alan Ast. P.C.
PO Box 1309 222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300 Fax 973-984-1478
Attorneys for Debtor/Defendant

In Re:

Allen DiSabatino

Debtor.

Case No.: 11-45728 (NLW)

Chapter 7

Adv. Pro. 12-1519

Adv. Judge: NOVALYN L. WINFIELD

Daniel Geberth,

Plaintiff(s)
v.

Allen DiSabatino

Defendant(s)

**STIPULATED FINAL JUDGMENT FINDING DEFENDANT'S CLAIM NONDISCHARGEABLE PURSUANT TO 11 U.S.C.§ 523 (a)(2)(A) AND ENTERING MONETARY JUDGMENT REGARDING SAME**

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED**.

**DATED: 4/17/2014**

Novalyn L. Winfield
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

THIS CAUSE came before the Court on the Settlement Agreement of the Parties, having reviewed the Settlement Agreement, having reviewed the Affidavit of Non-Payment, and having received the consent and the admission of the Defendant, and otherwise being fully apprised on the premises, the Court and FINDS:

1. The allegations contained in the Plaintiff's Complaint are true and correct and the debt due and owing by Debtor/Defendant to Plaintiff in the amount of $181,245.00 is nondischargeable pursuant to 11 U.S.C. § 523 (a) (2) (A) of the United States Bankruptcy Code.

IT IS HEREBY ORDERED:

1. A Final Nondischargeable Judgment is hereby entered in the amount of $181,245.00, less a credit for payments made pursuant to the Settlement Agreement in the amount of $14,000.00, as set forth in the Affidavit of Non-Payment, for a net judgment in the amount of $167,245.00, plus interest from the date of default, in favor of Plaintiff, Daniel Geberth, and against Defendant, Al DiSabatino a/k/a Allen DiSabatino.

2. This Final Judgment be and hereby is nondishchargeable and shall survive and be excepted from the discharge entered in the underlying Bankruptcy Case, Case Number: 11-45728-NLW, in the U.S. Bankruptcy Court of the District of New Jersey, on June 22, 2012 pursuant to 11 U.S.C. § 523 (a) (2) (A) of the United States Bankruptcy Code.

*Approved by Judge Novalyn L. Winfield April 17, 2014*