Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re: Allen DiSabatino
Debtor

Case No.: 11−45728−NLW
Chapter 7

Daniel Geberth
Plaintiff

v.

Allen DiSabatino
Defendant

Adv. Proc. No. 12−01519−NLW

Judge: Novalyn L. Winfield

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on April 17, 2014, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 26 − 24, 25
STIPULATED FINAL JUDGMENT FINDING DEFENDANTS CLAIM NONDISCHARGEABLE PURSUANT TO 11 U.S.C.§ 523 (a)(2)(A) AND ENTERING MONETARY JUDGMENT REGARDING SAME in favor of Daniel Geberth and against Allen DiSabatino in the amount of $ $167,245.00, plus interest from the date of default (related document: 24 Document filed by Plaintiff Daniel Geberth, 25 Document filed by Plaintiff Daniel Geberth) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/17/2014 (nds)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 17, 2014
JJW: nds

James J. Waldron
Clerk